# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0085.  IN RE: CHRISTOPHER ANDREW LYNCH.**

Christopher Lynch, a prison inmate proceeding pro se, filed a petition for name change in the superior court.  After the superior court denied Lynch's request to proceed in forma pauperis, Lynch filed this application for discretionary appeal.  The trial court's denial of pauper status, however, is not subject to appellate review. *Mitchell v. Cancer Carepoint, Inc.*, 299 Ga. App. 881 (1) (683 SE2d 923) (2009). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/15/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*